FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARRY DANIEL WILLETT,<br><br>                Plaintiff,<br><br>v.<br><br>SRINIVAS MASCAL, MD, in his individual capacity,<br><br>                Defendant. | No.   4:18-CV-05011-SMJ<br><br>**ORDER DISMISSING CASE** |

Before the Court, without oral argument, is Plaintiff Harry Daniel Willett's Motion to Voluntarily Dismiss Complaint, ECF No. 6. Plaintiff is proceeding *pro se*. Defendant Srinivas Mascal, MD, has not been served in this civil action. Consistent with Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.**    Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 6**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE **-** 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to *pro se* Plaintiff.

**DATED** this 14th day of November 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge